**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JAMES HAMILTON, et al.,

        Plaintiffs,                Case Number: 07-13401

v.                                    JUDGE PAUL D. BORMAN
                                          UNITED STATES DISTRICT COURT

DONALD WILLIAMSON, et al.,

        Defendants.
_____ /

**ORDER REJECTING PLAINTIFFS' OBJECTIONS TO THE MAGISTRATE JUDGE'S**
**APRIL 6, 2009 ORDERS**

Before the Court are Plaintiffs' April 20, 2009 objections to the Magistrate Judge's April 6, 2009 Orders, denying Plaintiffs' Motion for Leave to File Second Amended Complaint, (Doc. No. 41) and denying Plaintiffs' Motion for Leave to Add the Name of an Expert Witness, (Doc. No. 42). Defendants have responded to Plaintiffs' objections. (Doc. Nos. 45, 46).

Pursuant to Fed. R. Civ. P. 72(a), this Court reviews for clear error the portions of a magistrate judge's report and recommendation on a pre-trial non-dispositive motion to which a party has objected.

Having carefully considered the entire record, the Court is convinced that the Magistrate Judge is correct in his analysis of the facts and the law in each Report and Recommendation.

Therefore, the Court **ADOPTS** the Magistrate Judge's Orders (Doc. Nos. 41, 42), (1) denying Plaintiffs' Motion for Leave to File Second Amended Complaint, and (2) denying Plaintiffs' Motion for Leave to Add the Name of an Expert Witness.

1

SO ORDERED.

                                                S/Paul D. Borman  
                                                PAUL D. BORMAN  
                                                UNITED STATES DISTRICT JUDGE

Dated: July 30, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 30, 2009.

                                                S/Denise Goodine  
                                                Case Manager